# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J&JB TIMBERLANDS, LLC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-CV-1318-SMY-RJD |
| | ) |
| WOOLSEY ENERGY II, LLC and | ) |
| WOOLSEY OPERATING COMPANY, LLC., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims and counterclaims in this matter have been settled or otherwise resolved, Plaintiff's claims against the Defendants and all counterclaims are **DISMISSED with prejudice** with each party to bear their own costs. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** February 11, 2019           **MARGARET M. ROBERTIE,**
                                       **Clerk of Court**

                                       **By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**   **s/ Staci M. Yandle**
               **STACI M. YANDLE**
               **DISTRICT JUDGE**